**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Defendant MICHAEL MIZE

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

**UNITED STATES OF AMERICA**,

　　　　　Plaintiff,

　　v.

**MICHAEL MIZE**,

　　　　　Defendant.

Case No.: **1:19-cr-00153 DAD BAM**

**MOTION TO WITHDRAW BAIL REVIEW HEARING; ORDER.**

Date:　**April 22, 2020**
Time:　**2:00 p.m.**
Dept.:　**9**

**TO:    THE HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO, AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE, ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY, AND TO THE UNITED STATES PRETRIAL SERVICES OFFICE BY AND THROUGH ITS REPRESENTATIVE, JESSICA MCCONVILLE, PRETRIAL SERVICES OFFICER:**

　　　Defendant MICHAEL MIZE, by and through his counsel, Roger D. Wilson, moves this Court to Withdraw his previously filed Motion to Revoke the Detention Order entered on or about June 26, 2019.  This request is based on prior rulings of the Court and the findings, recommendations, and subsequent discussions on April 21, 2020, with Pretrial Services Officer McConville related to Mr. Mize's detention and his proposed third party custodian.

1  Withdrawal of the Motion to Revoke the Detention Order is prudent at this time.

2  Respectfully submitted,

3  LAW OFFICE OF ROGER D. WILSON

4  Dated: April 22, 2020     By:     /s/ Roger D. Wilson

5  **ROGER D. WILSON**
Attorney for Defendant MICHAEL MIZE

7  --o0o--

9  **ORDER**

11  This matter, having come before the Court on Defendant's Motion to Withdraw his
12  previously filed Motion to Revoke the Detention Order, and for good cause shown,
13  Defendant's Motion to Withdraw his previously filed Motion to Revoke the Detention
14  Order is hereby GRANTED.

16  IT IS SO ORDERED.

17  Dated:   **April 22, 2020**              /s/ *Sheila K. Oberto*
18  UNITED STATES MAGISTRATE JUDGE

