**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:19CR00153 DAD-BAM** |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO SEAL MEDICAL DOCUMENTS** |
| MICHAEL MIZE | |
| Defendant. | |

The Court has read and considered defendant Michael Mize's request to seal a document and the medical records report prepared by Wellpath. The Court finds compelling reasons to file the evaluation under seal. Therefore, the request of Roger D. Wilson, attorney for Michael Mize, is granted.

The Clerk of the Court is directed to file Wellpath's medical records report on defendant Michael Mize under seal.

IT IS SO ORDERED.

Dated: **August 27, 2020**          /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE