PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MIZE,<br><br>Defendant. | CASE NO. 1:19-CR-00153-3-DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; ORDER<br><br>DATE: June 27, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 27, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until August 1, 2022 at 9:00 a.m.. No time exclusion is needed as this is a sentencing hearing.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to review the draft PSR, consult with his client, determine if informal objections to the PSR should be filed, and prepare for the sentencing hearing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

1

into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a sentencing on the date presently set.

IT IS SO STIPULATED.

Dated: May 23, 2022          PHILLIP A. TALBERT
                   United States Attorney

                   /s/ LAUREL J. MONTOYA
                   LAUREL J. MONTOYA
                   Assistant United States Attorney

Dated: May 23, 2022          /s/ ROGER D. WILSON
                   ROGER D. WILSON
                   Counsel for Defendant
                   MICHAEL MIZE

### ORDER

  Pursuant to the stipulation of the parties, the June 27, 2022 sentencing hearing in this case is vacated and the matter is continued for sentencing to August 1, 2022 at 9:00 a.m..

IT IS SO ORDERED.

Dated: **May 23, 2022**          Dale A. Drozd
                   UNITED STATES DISTRICT JUDGE