1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:19-cr-00153-ADA-BAM-3 |
|---|---|
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| MICHAEL MIZE, | |
| Defendant. | |

Defendant Michael Mize has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Compassionate Release.  Therefore, in the interests of justice and pursuant to the Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A:

///
///
///
///
///
///

1          IT IS HEREBY ORDERED that Benjamin P. Ramos be appointed to represent Defendant

2    in this case effective nunc pro tunc to September 11, 2023, substituting the Federal Defenders

3    Office appointed per G.O. 595.

4

5

6    IT IS SO ORDERED.

7       Dated:   <u>October 20, 2023</u>                                      

8                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28