PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00153-3-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE/MODIFICATION OF SENTENCE; ORDER |
| v. | |
| MICHAEL MIZE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on September 5, 2023. Docket No. 192. Counsel for defendant filed a supplement to the pro se motion on December 22, 2023. Docket No. 203. The government's response is due on January 22, 2024.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before February 20, 2024;

STIPULATION RE BRIEFING SCHEDULE     1

    b)  The defendant's reply to the government's response to be filed on or before March 5, 2024.

IT IS SO STIPULATED.

Dated: January 17, 2024         PHILLIP A. TALBERT
                     United States Attorney

                     /s/ LAUREL J. MONTOYA
                     LAUREL J. MONTOYA
                     Assistant United States Attorney

Dated: January 17, 2024         /s/ BENJAMIN RAMOS.
                     BENJAMIN RAMOS.
                     Counsel for Defendant
                     MICHAEL MIZE

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion, Docket Nos. 203, is due on or before February 20, 2024;

  b)  The defendant's reply to the government's response, if any, is due on or before March 5, 2024.

IT IS SO ORDERED.

  Dated: **January 17, 2024**                
                        UNITED STATES DISTRICT JUDGE