1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | CASE NO. 1:19-CR-00153-3-NODJ-BAM

11 |                     Plaintiff,   | STIPULATION REGARDING SCHEDULE
                                        FOR DEFENDANT'S MOTION FOR
12 |            v.                    | COMPASSIONATE RELEASE/MODIFICATION
                                        OF SENTENCE; ORDER
13 | MICHAEL MIZE,

14 |                     Defendant.

15

16                         **STIPULATION**

17        Plaintiff United States of America (the "government"), by and through its counsel of record, and

18 the defendant, by and through his counsel of record, hereby stipulate as follows:

19        1.    The defendant filed a pro se motion for compassionate release on September 5, 2023.

20 Docket No. 192. Counsel for defendant filed a supplement to the pro se motion on December 22, 2023.

21 Docket No. 203. The government's response was due on February 20, 2024. The government notified

22 chambers via email of the status and the parties' request for an amended briefing schedule.

23        2.    Defense counsel was notified by Mr. Mize that there was an additional basis for his

24 request for compassionate release that he wanted to present to the Court.

25        3.    Counsel for defendant and counsel for the government feel that an amended motion

26 addressing the prior and new grounds would be appropriate. Additional time is needed for defendant

27 Mize to exhaust his remedies with BOP and gather documentation to support any additional grounds.

28        4.    Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

   STIPULATION RE BRIEFING SCHEDULE              1

1  schedule on the defendant's motion as follows:

2        a)     The defendant's amended motion for compassionate release will be filed on or

3  before April 26, 2024.

4        b)     The government's response to the defendant's amended motion to be filed on or

5  before May 22, 2024.

6        c)     The defendant's reply to the government's response to be filed on or before June

7  7, 2024.

8        d)     The defendant's exhibits filed in Doc. 203 will be incorporated by reference into

9  the defendant's amended motion unless otherwise directed by the Court.

10       e)     The parties will return to the Court if additional time is needed to obtain

11 documents, for investigation, and preparing filings.

12

13       IT IS SO STIPULATED.

14

15  Dated:  March 27, 2024                     PHILLIP A. TALBERT
                                     United States Attorney

16

17                                     /s/ LAUREL J. MONTOYA
                                    LAUREL J. MONTOYA

18                                     Assistant United States Attorney

19

20  Dated:  March 27, 2024                     /s/ BENJAMIN RAMOS.

21                                     BENJAMIN RAMOS.
                                    Counsel for Defendant

22                                     MICHAEL MIZE

23

24                          **FINDINGS AND ORDER**

25      Based upon the stipulation and representations of the parties, the Court adopts the following as a

26 revised briefing schedule regarding the defendant's motion for sentence reduction:

27      a)     The defendant's amended motion for compassionate release will be filed on or before

28 April 26, 2024.

STIPULATION RE BRIEFING SCHEDULE

2

1

       b)     The government's response to the defendant's amended motion to be filed on or

2

before May 22, 2024.

3

       c)     The defendant's reply to the government's response to be filed on or before June

4

7, 2024.

5

       d)     The defendant's exhibits filed in Doc. 203 will be incorporated by reference into

6

the defendant's amended motion.

7

IT IS SO ORDERED.

8

9

Dated:   **March 28, 2024**

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE BRIEFING SCHEDULE