UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>MICHAEL MIZE,<br><br>Defendant/Movant. | Case No.: 1:19-CR-00153-3-DAD-BAM<br><br>**ORDER SEALING DOCUMENTS** |

Pursuant to Local Rules 140 and 141, Defendant/Movant, MICHAEL MIZE, requests an Order sealing confidential medical records submitted in support of his motion for compassionate release or sentence reduction.

Defendant's Request is based on California law protecting medical privacy, federal law, and HIPAA (42 U.S.C. § 1320d–5(a)(1)) and various cases finding a compelling need to protect medical privacy: "HIPAA's stated purpose of protecting a patient's right to the confidentiality of his or her individual medical information is a compelling federal interest. California similarly recognizes a person's interest in protecting private medical information. *See Dep't of Motor Vehicles v. Superior Court,* 100 Cal.App.4th 363, 373,

122 Cal.Rptr.2d 504, 511 (Cal.Ct.App.2002)." *California v. Crenshaw Mony Life Insurance Company*, 318 F.Supp.2d 1015, United States District Court, S.D. (2004).

Defendant's Request is GRANTED.

<u>Exhibits A, B, C, and L</u> submitted in support of Defendant's supplement to the pro se motion for compassionate release (ECF No. 192), 28 U.S.C. Section 3582(c)(1)(A), is ordered sealed until further order of the Court.

IT IS SO ORDERED.

Dated:   **April 26, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE