UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>vs.<br><br>MICHAEL MIZE,<br><br>　　　　Defendant/Movant. | Case No.: 1:19-CR-00153-3-DAD-BAM<br><br>**ORDER GRANTING DEFENDANT LEAVE TO FILE SUPPLEMENTAL DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C § 3582(c)(1)(A)** |

　　　　Defendant/Movant, MICHAEL MIZE, requests leave of court to file supplemental documents, allowing the Court to consider the most current and relevant information in determining his compassionate release motion.

　　　　Defendant's request is based on the fact that the Federal Rules of Criminal Procedure and the Local Rules of the Eastern District of California do not bar the submission of supplemental materials when they provide relevant and updated information for a pending motion.  The courts have broad discretion to consider post-sentencing rehabilitation and risk reduction as part of a compassionate release analysis. *Pepper v. United States*, 562 U.S. 476, 491 (2011) (holding that post-sentencing rehabilitation is a relevant factor in

sentencing and modifications).  The supplemental documents are significant in assessing Defendant's progress and potential for reintegration into society.

Defendant's Motion is GRANTED and the supplemental documents attached to Defendant's Motion for Leave to File Supplemental Documents as <u>Exhibit O</u>, submitted in support of Defendant's Amended Supplement to Pro Se Motion For Compassionate Release or Alternatively For Modification of Sentence (ECF No. 217), are deemed accepted and filed.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
UNITED STATES DISTRICT JUDGE